**No. 40028.**—Protests 306894–G, etc., of Butler Bros. (New York).

Opinion by DALLINGER, J. It was stipulated that the atomizers and thimbles in question are chiefly used in the household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 40029.**—Protest 289521–G of Ditchik Bros. (New York).

Opinion by DALLINGER, J. It was stipulated that the atomizers in question are the same as those the subject of *Rice* v. *United States* (T. D. 49373) and that the rosary boxes are articles of hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 40030.**—Protest 287943–G of John Wanamaker (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel photo frames the same as those passed upon in *Woolworth* v. *United States* (T. D. 47857) were held dutiable at 40 percent under paragraph 339 as claimed.

NOVEMBER 30, 1938

**No. 40031.**——Protests 629550–G, etc., of H. V. Albrecht et al. C. D. 46. Application by Government for rehearing denied.

**No. 40032.**——Protest 943721–G of Levin Bros. Abstract 39734. Application by plaintiffs for rehearing granted.

**No. 40033.**— 933855–G of General Concessions Corp. Abstract 39565. Application by plaintiff for rehearing denied. Brown, J., dissented.

**No. 40034.**— 5527–R of Universal Foreign Service Co. for U. Okubo. Abstract 39682. Application by petitioner for rehearing denied.

DECEMBER 1, 1938

**No. 40035.**——Protest 949057–G of Strauss Bros. & Co. Abstract 39857. Application by plaintiffs for rehearing granted.

DECEMBER 2, 1938

**No. 40036.**——Protests 848368–G, etc., of Standard Oil Co. of Louisiana. C. D. 39. Application by plaintiff for rehearing granted.

**No. 40037.**——Protest 924425–G of Bergdorf & Goodman Co. Abstract 39861. Application by plaintiff for rehearing granted.